**Paula A. POWELL, Plaintiff— Appellant,**

v.

**FF ACQUISITION, LLC, Defendant— Appellee.**

**No. 12–1317.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2012.

Decided: Aug. 16, 2012.

Paula A. Powell, Appellant Pro Se. Thomas Michael Lucas, Michael Bradley Steele, Jackson Lewis, LLP, Norfolk, Virginia; John Michael Remy, Jackson Lewis, LLP, Reston, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paula A. Powell appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Powell v. FF Acquisition, LLC,* No. 2:11–cv–00305–RBS–FBS (E.D.Va. Feb. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*